IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rhonda Meisner, | ) | C/A No.  3:15-3523-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Zymogenetics, Inc., *a wholly-owned subsidiary* | ) | **ORDER** |
| *of Bristol Myers Squibb, Inc.*; Zymogenetics, | ) | |
| LLC, *a wholly owned subsidiary of* | ) | |
| *Zymogenetics, Inc.*; Bristol Myers Squibb, Inc.; | ) | |
| Tracey Caldarazzo; Jeff Fortino; Stephanie | ) | |
| Lewis, *individually and as a member of* | ) | |
| *Jackson Lewis, PC, Greenville*; Jackson | ) | |
| Lewis LLP, *Greenville*; Jackson Lewis, PC; | ) | |
| John Does and Jane Does 1-10 *(Whose name is* | ) | |
| *unknown or as yet discovered)*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-captioned case has been removed from the Richland County Court of Common Pleas. (ECF No. 1.) The docket number for the state court action was Civil Action No. 2015-CP-40-04487.  (Id. at 2.)  The parties should use the civil action number listed above (C/A No. 3:15-3523-CMC-PJG) when they file subsequent motions or pleadings in this case.

The defendants are reminded that an answer, or other response, should be filed as directed by Rule 81(c) of the Federal Rules of Civil Procedure.

Plaintiff is a *pro se* litigant.  Therefore, Plaintiff's attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing (901 Richland Street, Columbia, South Carolina 29201)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you.  If, as a result of your failure to comply with this order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this order.**  Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending

PJG

cases you have filed with this court.  Your failure to do so will not be excused by the court.

**IT IS SO ORDERED**.

                                              _____
                                              Paige J. Gossett
                                              UNITED STATES MAGISTRATE JUDGE

September 4, 2015
Columbia, South Carolina

*Plaintiff's attention is directed to the important warning on the next page.*

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

# WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN, OR SHOULD BE REMOVED FROM, ALL DOCUMENTS <u>BEFORE</u> YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to <u>***ALL***</u> documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. <u>Personal information protected by Rule 5.2(a)</u>:

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. <u>Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d) (filings made under seal) and (e) (protective orders)</u>.